IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| WALTER JAMAR AVERY,      )<br>    )<br>  Plaintiff,    )<br>    )<br>  v.    )<br>    )<br>LAURA A. LAUDERDALE,    )<br>Lawyer, et al.,    )<br>    )<br>  Defendants.    ) | CIVIL ACTION NO.<br>3:23cv326-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit complaining that his constitutional rights were violated when criminal charges against him were not dropped as had allegedly been provided in a plea agreement underlying his 2019 probation revocation. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion for leave to proceed in forma pauperis be denied and this case be dismissed without prejudice for failure to pay the full filing and administrative fees upon initiation. There are no

objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 16th day of June, 2023.

                                  /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**